**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

OMAR HUMPHREY                                                                                           PLAINTIFF

V.                                                                                                   NO. 4:10CV081-M-S

MISSISSIPPI DEPT. OF CORRECTIONS                                                        DEFENDANT

## FINAL JUDGMENT

The plaintiff, an inmate proceeding pro se, filed this complaint pursuant to 42 U.S.C. § 1983. Following a hearing held in accordance with *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), the Magistrate Judge submitted a report recommending the dismissal of some of the Defendants. The plaintiff has filed objections to the report and recommendation.

The court finds that for reasons stated in the Report and Recommendation dated October 15, 2010, the plaintiff's objections are not well taken.

THEREFORE, it is hereby ORDERED that

(1) the plaintiff's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

(2) the Report and Recommendation (docket entry20) is APPROVED and ADOPTED as the opinion of this court;

(3) the complaint is dismissed for failure to state a claim upon which relief may be granted; and

(4) this matter is CLOSED.

SO ORDERED, this the 23rd day of November, 2010.

/s/ MICHAEL P. MILLS
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**